

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Chastity Lucas, Appellant

No. 06-23-00069-CV          v.

William K. Gleason, as Executor of the Estate of Robert Wallace Despain, Pollyanna Despain, Debbie Sue Vincent, Michael Thomas Vincent, and Daniel Lee Vincent, Appellee

Appeal from the 115th District Court of Marion County, Texas (Tr. Ct. No. 2200085). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We further order that the appellant, Chastity Lucas, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 14, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk